UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEOPLE POWERED, INC.,

Plaintiff,

-v-

TWOMAGNETS INC., TWO MAGNETS LLC *d/b/a* CLIPBOARD HEALTH, *and* CLIPBOARD HEALTH LLC,

Defendants.

26 Civ. 5822 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Near midnight last night, defendants Twomagnets Inc., Twomagnets LLC d/b/a Clipboard Health, and Clipboard Health LLC (collectively, "Clipboard") filed an emergency motion, under Federal Rule of Procedure 65(b)(4), to dissolve the *ex parte* temporary restraining order ("TRO") issued by the New York State Supreme Court, Rockland County, on July 7, 2026. *See* Dkts. 9–12.

The Court orders as follows:

- Plaintiff People Powered, Inc. shall file a response to Clipboard's motion by **5 p.m. on Monday, July 13, 2026**.
- Clipboard shall file any reply by **9 a.m. on Tuesday, July 14, 2026**.
- The Court will hold an in-person hearing on the motion to dissolve the *ex parte* TRO at **2:30 p.m. on Tuesday, July 14, 2026** in courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York New York 10007.
- Separately, on the basis of the limited submissions in this case, it is unclear whether this case is properly assigned—under the District's internal rules for the division of

business—to a judge in its Manhattan or White Plains courthouses. *See* Rule 18 at https://www.nysd.uscourts.gov/sites/default/files/local_rules/2026-2-12%20SDNY%20Rules%20for%20the%20Division%20of%20Business.pdf. The Court directs counsel to file brief letters on this point, due **noon on Monday, July 13, 2026**. The determination of this issue will not affect the timing of the TRO hearing.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 11, 2026
New York, New York