UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEOPLE POWERED, INC.,

Plaintiff,

-against-

TWOMAGNETS INC., TWO MAGNETS LLC d/b/a CLIPBOARD HEALTH, and CLIPBOARD HEALTH LLC,

Defendants.

**ORDER**

26-CV-05822 (PMH)

PHILIP M. HALPERN, United States District Judge:

This action was reassigned to my docket this afternoon. Due to a scheduling conflict, the in-person hearing scheduled by Judge Engelmayer for July 14, 2026 is adjourned to **July 15, 2026 at 3:30 p.m.** The in-person hearing will take place in courtroom 520 of the White Plains courthouse, 300 Quarropas Street, White Plains, New York 10601. All other provisions of Judge Engelmayer's scheduling order remain in effect (Doc. 17).

SO ORDERED.

Dated: White Plains, New York
July 13, 2026

PHILIP M. HALPERN
United States District Judge