UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEOPLE POWERED, INC.,

Plaintiff,

-against-

TWOMAGNETS INC., TWO MAGNETS LLC d/b/a CLIPBOARD HEALTH, and CLIPBOARD HEALTH LLC,

Defendants.

**ORDER**

26-CV-05822 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for an in-person hearing today. After hearing from the parties and permitting an opportunity for the parties to confer, for the reasons set forth on the record and the law cited therein, the motion filed by defendants Clipboard Health, LLC, Twomagnets, LLC, Twomagnets, LLC d/b/a Clipboard Health to dissolve the *ex parte* temporary restraining order issued by Hon. Thomas P. Zugibe, J.S.C., Supreme Court of the State of New York, County of Rockland (the "TRO"), is GRANTED and the TRO is dissolved, as stated on the record.

Plaintiff shall file a letter by 5:00 p.m. on July 17, 2026 advising whether it wishes to withdraw its currently pending motion for a preliminary injunction and file a new motion, or wishes to press the currently pending motion. In the event Plaintiff wishes to press the currently pending motion, Plaintiff shall file the papers upon which the TRO was based on this docket as a separately filed motion for preliminary injunction for clarity of the record, in conformity with the Local Rules and ECF Rules. Defendants' opposition shall be due by July 28, 2026. Plaintiff's reply shall be due by August 5, 2026. In the event Plaintiff wishes to withdraw its currently pending motion for a preliminary injunction, it shall so advise the Court and promptly file a new motion.

The Court will separately docket an Order of Reference to the assigned Magistrate Judge for settlement.

See Transcript.

The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 9).

**SO ORDERED.**

Dated: White Plains, New York
July 15, 2026

PHILIP M. HALPERN
United States District Judge